IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  1:24-MJ-108 |
| | ) | |
| CHRISTINA AGOLORY, | ) | Court Date: March 25, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT I (Class A Misdemeanor – E1120616)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 22, 2024, at Marine Corps Base Quantico, Virginia, in the Eastern District of Virginia, the defendant, CHRISTINA AGOLORY, did unlawfully commit an assault and battery against a family member.

(Violation of Title 18, United States Code, Section 13 assimilating Virginia Code, Section 18.2-57.2.)

        Respectfully submitted,
        Jessica D. Aber
        United States Attorney

By: _____/s/_____
    Vincent Salem
    Special Assistant United States Attorney
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Phone: 703-299-3902
    Fax: 703-299-3980
    Email: vincent.salem@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on March 21, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov